FREEDMAN AND LORRY, P.C.
BY: SUSAN A. MURRAY, ESQUIRE
(SM-7713)
1601 Market Street, 15th Floor
Philadelphia, PA 19103
(215) 931-2506
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ITPEU PENSION FUND, by and through its Board of Trustees, Co-Chairmen DENNIS ARRINGTON and JERRY BOWDEN, et al. | CIVIL ACTION |
| | No. 2:19-cv-16921-KM-ESK |
| Plaintiffs, | |
| v. | |
| NMS MANAGEMENT, INC., et al. | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

TO THE CLERK:

No answer or motion for summary judgment having been filed, this matter is dismissed pursuant to F.R.C.P. 41(a)(1)(A)(i).

Respectfully submitted,

FREEDMAN AND LORRY, P.C.

SUSAN A. MURRAY, ESQUIRE
Attorney for Plaintiffs

Dated: September 3, 2019

SO ORDERED

Kevin McNulty, U.S.D.J.
Date: 9/4/2019